BEFORE THE SECOND DIVISION, FEBRUARY 6, 1961

No. 65135.—Kaiser Reismann Corporation v. United States, protests 324265–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "B" consist of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078) and that the items marked "C" consist of fishing lines similar in use to the silk fishing lines involved in *J.M.P.R. Trading Corp., Alltransport, Inc.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), the claims of the plaintiff were sustained.

No. 65136.—Beer Stern Import Corp. et al. v. United States, protests 272750–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.

No. 65137.—Beer Stern Import Corp. v. United States, protests 281698–K, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiff was sustained.

No. 65138.—Algemeene Kunstzijde Unie N.V. *v.* United States, protests 59/13467, etc.   (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise in question consists of nylon yarn similar in use to "thrown silk not more advanced than singles, tram, or organzine," and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1961

No. 65139.—J. M. Sutton Sons & Co. et al. *v.* United States, protests 60/6690, etc.   (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiffs was sustained.

No. 65140.—Wm. M. Allison & Co., Inc., et al. *v.* United States, protests 59/14137, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that the case or cases reported by the inspector as manifested, not found, was or were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the merchandise which was reported by the inspector as manifested, not found.   The protests were sustained to this extent.